IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal Action |
| vs. ) | |
| ) | No. 10- 10126 -01- MLB |
| KENNETH WAYNE WILHELM, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## INDICTMENT

The Grand Jury charges:

## COUNT 1

On or about September 9, 2009, and continuing through November 18, 2009, in the District of Kansas and elsewhere,

**KENNETH WAYNE WILHELM,**

the defendant herein, did knowingly and intentionally distribute, by computer, visual depictions of minors, the production of which involved the use of minors engaging in sexually explicit conduct and such visual depictions were of such conduct, that had been mailed, shipped and transported in interstate commerce by computer.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 2

On or about September 9, 2009, and continuing through November 14, 2009, in the District of Kansas and elsewhere,

**KENNETH WAYNE WILHELM,**

the defendant herein, did knowingly attempt to transfer, by means of a facility of interstate

commerce, that is, a computer, obscene matter to another individual who has not attained the age of 16 years, to-wit: sending nude pictures of himself and exposing his genitals via web-cam to "Ashley61495", a profile of a 13-year old female operated by Corporal Todd Seay.

All in violation of Title 18, United States Code, Section 1470.

A TRUE BILL


08/18/2010                                          s/Foreman
DATE                                                 FOREMAN OF THE GRAND JURY



s/Lanny D. Welch
LANNY D. WELCH
United States Attorney
District of Kansas
1200 Epic Center
301 N. Main
Wichita, KS  67202
KS. S.Ct. No. 13267

(It is requested that trial be held in Wichita, Kansas.)