IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
|     Plaintiff, | } | |
| | } | |
| vs. | } | Case No.  10-10126-01 MLB |
| | } | |
| KENNETH WAYNE WILHELM, | } | |
|     Defendant. | } | |
| ———————————————— | } | |

## <u>ORDER FOR SPECIAL VISITATION</u>

NOW on this 8th day of November, 2010, the above matter comes before the Court upon the oral motion of counsel for the defendant Wilhelm for an order authorizing a special visitation by Dr. Mitchell R. Flesher, with defendant Scott at the Harvey County Jail.

The Court, after and being duly advised in the premises finds that a special visitation at the Harvey County Jail is necessary in order for the defendant to receive a psychological evaluation. This evaluation is to be performed by Dr. Mitchell R. Flesher, for Thursday, November 11, 2010, commencing at 8:00 a.m., or as soon as arrangements can be made with the Harvey County Jail and Dr. Mitchell R. Flesher.  The Federal Public Defender Office is paying for the costs of the evaluation.

IT IS THEREFORE ORDERED that a special visitation at the Harvey County Jail be allowed for the defendant Wilhelm for

Thursday, November 11, 2010, commencing at 8:00 a.m., or as soon as arrangements can be made, so that a psychological evaluation can be performed by Dr. Mitchell R. Flesher, and that he be allowed to bring any materials or laptop computer necessary for such evaluation.


                                      <u>s/ Monti L. Belot</u>
                                     THE HONORABLE MONTI L. BELOT
                                     SENIOR U.S. DISTRICT COURT JUDGE


APPROVED:


<u>s/Syovata Edari</u>
SYOVATA EDARI
Sup. Ct. No. 1032283
Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
Telephone: (316) 269-6445
Fax: (316) 269-6175
E-mail: Syovata_Edari@fd.org

2